```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   MYKAYLA FAGNANI,                                         :
                                    Plaintiff,              :
                                                            :     22 Civ. 10797 (LGS)
                  -against-                                 :
                                                            :            ORDER
   SCIENTIFIC MODELS, INC.,                                 :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 4, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for March 1, 2023;

WHEREAS, Defendant was served on January 24, 2023;

WHEREAS, Defendant was required to respond to the Complaint by February 14, 2023;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **March 1, 2023, at 12:00 P.M.** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendant, no later than **March 1, 2023, at 12:00 P.M.**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's

Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for March 1, 2023, is adjourned to **March 8, 2023, at 4:00 P.M.**

Dated: February 23, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**